1   **WO**

2

3

4

5

6                **UNITED STATES DISTRICT COURT**

7                     **DISTRICT OF ARIZONA**

8   1) Ruth Rogerson,

9          Plaintiff,                    No.  CV-05-3548-PHX-MHM

10  v.
                                         **ORDER**
11  (2) Consumer First Funding, Inc. (3)
    Jeff and Christine George,
12
           Defendants.
13

14          This Court has received and considered the parties' Stipulation to Extend Settlement

15  Conference (Dkt. #26) which fails to set forth the reason for the requested extension.

16  However, this Court's staff has confirmed with counsel's office for the Plaintiff and

17  defense counsel the parties are working diligently to resolve this matter without the

18  assistance of the Court and, as a result, desire more time for further negotiations before

19  coming to the undersigned for a settlement conference.

20          Accordingly,

21          **IT IS ORDERED** that the Court continue the Settlement Conference from July 25,

22  2006 at 2:00 p.m. to August 22, 2006 at 2:00 p.m.

23          **IT IS FURTHER ORDERED affirming** all Orders, except for the date and time of

24  said settlement conference, in this Court's Settlement Conference Order (Dkt. #24), dated

25  June 8, 2006.

26          DATED this 5th day of July, 2006.

27

28
                                            _____
    616178.01                                    Lawrence O. Anderson
                                               United States Magistrate Judge

**SACKS TIERNEY** P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693