**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| 1) Ruth Rogerson,<br><br>        Plaintiff,<br><br>v.<br><br>(2) Consumer First Funding, Inc. (3) Jeff and Christine George,<br><br>        Defendants. | No.  CV-05-3548-PHX-MHM<br><br>**ORDER** |

   IT IS ORDERED that the Settlement Conference scheduled for August 22, 2006 at 2:00 P.M. shall be rescheduled to August 22, 2006 at 3:00 P.M.  This is a time change only.

   DATED this 8th day of August, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge

620455.01